# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JIMMY NEU,<br>    Plaintiff, | Case No. 1:12-cv-185 |
| vs | Weber, J.<br>Litkovitz, M.J. |
| ADAMS COUNTY<br>JAIL, et al.,<br>    Defendants. | **REPORT AND<br>RECOMMENDATION** |

Plaintiff brings this action against the Adams County Jail and Adams County Sheriff's Department, alleging that defendants violated his constitutional rights. On March 15, 2012, the undersigned issued a Report and Recommendation, recommending that plaintiff's complaint be dismissed for failure to state a claim upon which relief may be granted. (Doc. 5).

On April 5, 2012, plaintiff filed a motion to amend the complaint, wherein plaintiff seeks to name eleven additional defendants. (Doc. 8, p. 2). Plaintiff's motion to amend fails to allege any facts demonstrating how the additional defendants played any part in the conditions complained of in the original complaint. Furthermore, the amended complaint does not cure the deficiencies set forth in the Court's March 15, 2012 Report and Recommendation. Accordingly, plaintiff's motion to amend the complaint should be denied.

**IT IS THEREFORE RECOMMENDED THAT** plaintiff's motion to amend the complaint (Doc. 8) be **DENIED.**

Date: 5/25/12

Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JIMMY NEU,
    Plaintiff,

vs

ADAMS COUNTY
JAIL, et al.,
    Defendants.

Case No. 1:12-cv-185

Weber, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jimmy Nev # 612-136<br>Belmont Corr. Inst.<br>PO Box 540<br>St. Clairsville, OH 43950 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0002 6723 4804 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540